# William C. Bond

*Pro Se* Litigation
P.O. Box 4823
Baltimore, Maryland 21211
443.970.2887
proselitigator@aol.com

October 17, 2017

Mark Zanchelli  *via: Email to 4cca-filing@ca4.uscourts.gov*
Chief Deputy Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**RE: Case No.: 17-1955**

Dear Mark:

Enclosed, please find one (1) electronic copy each of petitioner's filings this day.

1. MOTION TO ALLOW RICHARD A. POSNER, ESQUIRE, TO APPEAR AS "ADVISORY COUNSEL" ON BEHALF OF PETITIONER WILLIAM C. BOND.

2. Motion Exhibit no.: 1: AFFIDAVIT OF RICHARD A. POSNER.

3. Motion Exhibit no.: 1: COVER PAGE.

4. Because the scanned signed affidavit is off-center, I am also enclosing the unsigned version of it in Word format for your and/or the court's convenience.

I very much wish to thank you again for allowing me the courtesy of email service for this filing.

I hope this email finds you well.

Very truly yours,

    /s/

William C. Bond