# AFFIDAVIT OF RICHARD A. POSNER

1. My name is Richard A. Posner. I am competent to testify in this case, and as I have extensive knowledge of the case.

2. My affidavit is in support of the MOTION TO ALLOW RICHARD A. POSNER, ESQUIRE, TO APPEAR AS "ADVISORY COUNSEL" ON BEHALF OF PETITIONER WILLIAM C. BOND in U.S. Court of Appeals for the Fourth Circuit case number 17-1955.

3. I have been a member in good standing of the New York State Bar since 1963.

4. I recently retired after more than 35 years as an Article III judge of the U.S. Court of Appeals for the Seventh Circuit, including a seven-year term as the court's chief judge.

5. I was employed as a full law professor by the University of Chicago Law School from 1970 to my appointment to the court in 1981; since then I have taught part time at the law school.

6. I have decided to dedicate my post-judicial career to helping *pro se* litigants.

7. It is my desire to help the petitioner in this mandamus action, whose name is William C. Bond.

8. I infer from the extensive factual history of his litigation and the multitude of docunent's that he's filed in the litigation over many years that Mr. Bond has remained continuously, energetically, and determinedly involved in the litigation.

9. I also find him to be very capable in many ways, very diligent, very focused, a very good writer of legal documents, and I have benefited from his work ethic as I have not yet had an opportunity to fully assemble my own litigation staff and documentation.

10. It is my intention to help Mr. Bond with his future filings, including by guiding his filings, providing case law, suggesting arguments, directing tactics and strategy, and preparing Mr. Bond for oral argument, should the court order it.

11. I am also prepared to present oral argument on Mr. Bond's behalf should the

court wish me to.

12. Mr. Bond and I agree that he should remain *pro se* with the privilege of informal briefing and filing and that my role will be limited to "advisory counsel."

13. We also agree that each of us will sign all filings presented to the court on his behalf.

14. Mr. Bond, in the earlier mentioned motion, has asked this court to designate me as his "advisory counsel" under Local Rule 46(d) and FRAP 2, to waive any fee to the court to become a member of the Fourth Circuit's bar for this case, and also to waive the bar application's requirement that a current member of the Fourth Circuit bar attest to my good character. I do not intend to practice law in the Fourth Circuit in any case other than the present one.

15. I am immediately prepared to provide the court, via Chief Deputy Clerk Mark Zanchelli, a bar application as directed by the court in its forthcoming order on Mr. Bond's motion, and any other forms the court orders submitted.

Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury that the

foregoing is true and correct. Executed on the 17th day of October 2017.


Respectfully submitted,


RICHARD A. POSNER
1222 East 56th Street
Chicago, Illinois 60537
(773) 955-1351
rposner62@gmail.com

*October 16, 2017*

4